```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 04 B 09692
    EDWARD JOHNSON CHALMERS SR
                                             CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY

         Debtor
    SSN XXX-XX-3776

--------------------------------------------------------------------------------
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 03/11/2004 and was confirmed 05/06/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 10/11/2007.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT       INTEREST       PRINCIPAL
                                                              PAID           PAID
--------------------------------------------------------------------------------
COUNTRYWIDE HOME LOANS ^ CURRENT MORTG   46138.84              .00         46138.84
COUNTRYWIDE HOME LOANS ^ MORTGAGE ARRE    7141.79              .00          5515.96
FISHER & SHAPIRO         NOTICE ONLY    NOT FILED              .00              .00
PEOPLES GAS LIGHT & COKE UNSECURED            .00              .00              .00
PEOPLES GAS LIGHT & COKE FILED LATE      3597.34               .00              .00
PETER FRANCIS GERACI     DEBTOR ATTY      700.00                              700.00
TOM VAUGHN               TRUSTEE                                            2,905.20
DEBTOR REFUND            REFUND                                                  .00

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                    RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE            55,260.00

PRIORITY                                          .00
SECURED                                     51,654.80
UNSECURED                                         .00
ADMINISTRATIVE                                 700.00
TRUSTEE COMPENSATION                         2,905.20
DEBTOR REFUND                                     .00
                   ---------------        ---------------
TOTALS             55,260.00                55,260.00




              PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 04 B 09692 EDWARD JOHNSON CHALMERS SR
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 01/28/08                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```